| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNETTE M. BECHT, | |
| Plaintiff(s), | Case No.: 3:10-cv-05405-RBL |
| vs. | MOTION AND ORDER FOR VOLUNTARY DISMISSAL |
| NOVA ORTHO-MED, et al., | |
| Defendants. | |

COMES NOW the plaintiff, by and through counsel, and pursuant to Civil Rule 41(a)(ii) moves the court for an order of voluntary dismissal dismissing plaintiff's claims against the defendants above-named.

None of the defendants have been served. Accordingly, no answers have been filed, defendant has not filed a notice of appearance, and no counterclaims have been pled or alleged in this matter.

DATED this 10th day of September, 2010.

LAW OFFICES OF GEORGE KARGIANIS, INC, PS

By /s/_____
George Kargianis, WSBA #286
Attorney for Plaintiff Becht

MOTION AND ORDER OF VOLUNTARY
DISMISSAL -1

LAW OFFICES OF GEORGE KARGIANIS, INC., P.S.
701 FIFTH AVENUE, SUITE 4760
SEATTLE, WA 98104
TEL (206) 448-7969  FAX (206) 448-7950

1 ORDER

2 THIS MATTER having come on before the court upon the motion of the plaintiff for

3 voluntary dismissal, the court having reviewed plaintiff's motion, the court docket (finding no

4 answers or counterclaims), plaintiff's sub-joined Proposed Order, and otherwise being fully advised,

5 now, therefore, orders as follows:

6 That this matter be, and hereby is, dismissed without prejudice against all defendants herein,

7 without costs to any party.

8 ORDERED this 13th day of September, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

**LAW OFFICES OF GEORGE KARGIANIS, INC, PS**

By: /s George Kargianis
George Kargianis, WSBA #286
Attorney for Plaintiff Becht

MOTION AND ORDER OF VOLUNTARY DISMISSAL -2

LAW OFFICES OF GEORGE KARGIANIS, INC., P.S.
701 FIFTH AVENUE, SUITE 4760
SEATTLE, WA 98104
TEL (206) 448-7969  FAX (206) 448-7950